AUSA: KATHERINE GOLDSTEIN (212) 637-2641

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DAVID NEUSTEIN, et al. | DOCKET NO.<br>06 CRIM. | MAGISTRATE'S CASE NO.<br>1179 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>DAVID NEUSTEIN | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to commit bank and wire fraud

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1343, 1344 and 1349 |
|---|---|---|
| BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>HON. KEVIN N. FOX | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>Kevin Nathaniel Fox | DATE ORDERED<br>12/21/06 |
| CLERK OF COURT<br>J. MICHAEL McMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED  1/4/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Det Lawrence Hoffman | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED  1/4/07 | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.