```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA
                                        :
         -v.-
                                        :
ALEKSANDER LIPKIN,
     a/k/a "Alex,"                      :
     a/k/a "Shorty,"
     a/k/a "Melekiy,"                   :   GOVERNMENT'S
IGOR MISHELEVICH,                           FORFEITURE
     a/k/a "Ryzhiy,"                    :   BILL OF PARTICULARS
ALEX GORVITS,
     a/k/a "Lyosha,"                    :   06 Cr. 1179 (RJH)
MARINA DUBIN,
IGOR BUZAKHER,                          :
     a/k/a "Jeff,"
JOSEPH PAPERNY,                         :
DANIEL MIKHLIN,
     a/k/a "Danik,"                     :
JOHN GELIN,
     a/k/a "Buddha,"                    :
FRANSWA LIGON,
FUAD YAKUBOV,                           :
RICARDO ACOSTA,
ERIC CALLAHAN,                          :
DOUGLAS ELLISON,
OLEG ANOKHIN,
DAVID NEUSTEIN,
TOMER SINAI,                            :
     a/k/a "Tom,"
NATHANIEL KESSMAN,                      :
CARL CARR,
JOHN CIAFOLO,                           :
LUCIANNE MORELLO,
FAINA PETROVSKAYA,                      :
MARIYA BADYUK,
     a/k/a "Masha," and                 :
MARINA KLOTSMAN,
                                        :
               Defendants.
                                        :
- - - - - - - - - - - - - - - - - - - -x
```

Pursuant to <u>United States</u> v. <u>Grammatikos</u>, 633 F.2d

1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses described in Counts One through Eight of the Indictment, as alleged in the Forfeiture Allegations, includes the following:

   a. The contents of account number 151077431066 at JP Morgan Chase Bank in New York, New York, held in the name of "IOLA - Alex Rozenzaft P.C.";

   b. The contents of account number 151077431065 at JP Morgan Chase Bank, in New York, New York, held in the name of "Alex Rozenzaft PC Real Estate Operating Account";

   c. The contents of account number 91386871365 at JP Morgan Chase Bank, in New York, New York, held in the name of "Seawane Irrevocable Trust," which is controlled by defendant ALEKSANDER LIPKIN;

   d. The contents of account number 907135634165 at JP Morgan Chase Bank, in New York, New York, held in the name of "Alex Lipkin," which is an alias of defendant ALEKSANDER LIPKIN;

   e. The contents of account number 907135634101 at JP Morgan Chase Bank, in New York, New York, held in the name of "Alex Lipkin," which is an alias of defendant ALEKSANDER LIPKIN;

   f. The contents of account number 151007817165 at JP Morgan Chase Bank, in New York, New York, held in the name of "Pinto Trading Corp.," which is controlled by defendant OLEG ANOKHIN;

   g. The contents of account number 86076258265 at JP Morgan Chase Bank, in New York, New York, held in the name of defendant MARINA DUBIN;

   h. The contents of account number 86076258201 at JP Morgan Chase Bank, in New York, New York, held in the name of defendant MARINA DUBIN;

   i. The contents of account number 86075772465 at JP Morgan Chase Bank, in New York, New York, held in the name of "Duma Consulting," which is controlled by defendant MARINA DUBIN;

j. The contents of account number 86075944765 at JP Morgan Chase Bank, in New York, New York, held in the name of "Desert Eagle Management," which is controlled by defendant IGOR BUZAKHER;

k. The contents of account number 86075944766 at JP Morgan Chase Bank, in New York, New York, held in the name of "Desert Eagle Management," which is controlled by defendant IGOR BUZAKHER;

l. The contents of account number 42125178 at Citibank, in New York, New York, held in the name of Four Columns Enterprises, which is controlled by defendant JOSEPH PAPERNY;

m. The contents of account number 75445135 at Citibank, in New York, New York, held in the name of defendant JOSEPH PAPERNY;

n. The contents of account number 48179089 at Citibank, in New York, New York, held in the name of defendant JOSEPH PAPERNY;

o. The contents of account number 8916163069 at Commerce Bank in New York, New York, held in the name of defendant ALEX GORVITS;

p. The contents of account number 7917682192 at Commerce Bank in New York, New York, held in the name of defendant ALEX GORVITS;

q. The contents of account number 103075129665 at JP Morgan Chase Bank, in New York, New York, held in the name of AG Marketing Solutions, which is controlled by defendant ALEX GORVITS;

r. The contents of account number 983267752 at M&T Bank in New York, New York, held in the name of defendant CARL CARR;

s. The contents of account number 8890237160 at M&T Bank, in New York, New York, held in the name of "Deviance Enterprises," which is controlled by defendant CARL CARR; and

   t. The contents of account number 4836918702 at Bank of America in New York, New York, held in the name of defendant FRANSWA LIGON.

Dated: New York, New York
    January 22, 2007

          MICHAEL J. GARCIA
          United States Attorney

    By: _/s/_____
        Christine Meding
        Assistant United States Attorney
        (212) 637-2614 (phone)
        (212) 637-0421 (fax)
        christine.meding@usdoj.gov

## AFFIRMATION OF SERVICE

Christine Meding hereby declares that:

I am employed in the Office of the United States Attorney for the Southern District of New York.

On January 22, 2007, I served copies of the attached Government's Forfeiture Bill of Particulars by sending a copy of the same via regular mail to all counsel of record in the case of United States v. Aleksander Lipkin, et al., 06 Cr. 1179 (RJH), listed on the following page.

In addition, I caused the Government's Forfeiture Bill of Particulars to be filed via the Electronic Filing System in the United States District Court for the Southern District of New York, whereby an e-mail notification of the filing will be sent to all filing users of record in the case of United States v. Aleksander Lipkin, et al., 06 Cr. 1179 (RJH).

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.

_____
Christine Meding
Assistant United States Attorney

United States -v- Alex Lipkin, et al
06 Cr. 1179 (RJH)

| ALEX LIPKIN | **Murray Richman, Esq.**<br>(914) 262-1510; (718) 892-8588 (w); (718) 518-0674 (f)<br>Law Offices of Murray Richman<br>2027 Williamsbridge Rd.<br>Bronx, NY 10461 |
|---|---|
| IGOR MISHELEVICH | **Zachary Margulius- Ohruma, Esq.**<br>(646) 408-7957, (212) 685-0922 (f)<br>Law Office of Zachary Margulis-Ohnuma<br>260 Madison Avenue<br>18th Floor<br>New York, NY 10016 |
| ALEX GORVITS | **Ron Russo, Esq.**<br>(917) 207-9328 (c) |
| MARINA DUBIN | **James Froccaro, Esq. (KG)**<br>(516) 944-5062 (w); (516) 944-5064 (f); (516) 389-5921 (p) |
| IGOR BUZAKHER | **Murray Richman - bail only (JN)**<br>(718) 892-8588; (718) 518-0674 (f)<br>Law Offices of Murray Richman<br>2027 Williamsbridge Rd.<br>Bronx, NY 10461 |
| JOSEPH PAPERNY | **Donald Vogelman, Esq.**<br>(212) 889-5860; (212) 686-0252 (f); (917) 837-0020 (c)<br>275 Madison Avenue<br>New York, NY 10016 |
| DANIEL MIKHLIN | **Michael Rosen, Esq. (JN)**<br>(516) 381-6690 (c); (212) 742-1717 (w); (212) 248-4068 (f)<br>61 Broadway, Suite 1105<br>New York, NY 10006 |
| JOHN GELIN | **Gerald Allen, Esq. (KG)**<br>(212) 766-3366<br>Goldberg and Allen<br>49 W. 37 St.<br>New York, NY 10018 |

1

United States -v- Alex Lipkin, et al
06 Cr. 1179 (RJH)

| FRANSWA LIGON | Steven Frankel, Esq. (JN)<br>(212) 732-0001, (212) 732-6460 (f)<br>Frankel Rudder & Lowery,LLP<br>319 Broadway, Fifth Floor<br>New York, NY 10007 |
|---|---|
| FUAD YAKUBOV | Camille Russell, Esq., Rovshan Sharifov, Esq. (KG)<br>(516) 505- 2300 (o); (917) 749-5671 (c); (516) 505-2379 (f)<br>50 Main Street<br>Hempstead, NY 11550 |
| RICARDO ACOSTA | Maurice Sercarz, Esq.<br>(212) 586-4900; (212) 586-1234 (f)<br>Sercarz & Riopelle, L.L.P.<br>152 West 57th Street New York, NY 10019 |
| ERIC CALLAHAN | Richard Boulware, Esq.<br>(212) 417-8732 |
| DOUGLAS ELLISON | |
| OLEG ANOKHIN | |
| DAVID NEUSTEIN | Richard Finkel, Esq.<br>(212) 689-8600; (212)-686-0252 (f)<br>Meissner, Kleinberg & Finkel, LLP<br>275 Madison Avenue, Ste. 1000<br>New York, NY 10016 |
| TOMER SINAI | Bruce Wenger, Esq. (KG)<br>Wenger and Arlea<br>(212) 566-6262 (w) |
| NATHANIEL KESSMAN | Mitchell Ellman, Esq. (KG)<br>(718) 843-2300; (917) 380-4144 (c)<br>Law Offices of Mitchell C. Ellman, PC<br>105-15 Cross Bay Blvd., 2nd Floor<br>Ozone Park, NY 11417 |
| CARL CARR | Ken Paul, Esq. (JN)<br>(212) 587-8000; (212) 732-8460 (f) |

United States -v- Alex Lipkin, et al
06 Cr. 1179 (RJH)

| JOHN CIAFOLO | Joe Benaforte, Esq. (KG)<br>(212) 227-4700 |
|---|---|
| LUCIANNE MORELLO | David Cohen, Esq.??<br>(718) 793-7948 |
| FAINA PETROVSKAYA | Michael Rosen, Esq. (JN)<br>(516) 381-6690 (c); (212) 742-1717 (w); (212) 248-4068 (f)<br>61 Broadway, Suite 1105<br>New York, NY 10006 |
| MARIYA BADYUK | Paul Goldberger, Esq.<br>(212) 431-9380 |
| MARINA KLOTSMAN | **Bennett Epstein**<br>(212) 684-1230 (w); (212) 571-5507 (f)<br>100 Lafayette Street<br>Suite 501<br>New York, NY 10013 |