```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES of AMERICA,                :         06 Crim. 01179 (RJH)

                     Plaintiff,       :

      -against-                            :         **ORDER**

ALEKSANDER LIPKIN, et al,        :

                    Defendant.   :

------------------------------------------------------------x

       The pretrial conference presently scheduled for May 11, 2007 is adjourned to June 15, 2007, at 2:00 p.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
May 05, 2007
SO ORDERED:

                                              _____
                                              Richard J. Holwell
                                              United States District Judge