LAW OFFICES
**KENNETH J. KUKEC**
PROFESSIONAL ASSOCIATION
One Biscayne Tower, Twenty-Sixth Floor
Two South Biscayne Boulevard
Miami, Florida 33131-1802

Telephone 305.358.2000
Facsimile 305.358.1233
E-Mail kukec@bellsouth.net

FEB 26 2009
RICHARD J. HOWELL

February 26, 2009

Hon. Richard J. Holwell
United States District Court Judge
Southern District of New York
500 Pearl Street, Chambers 1950
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/09

VIA FACSIMILE (212 805-7948) and ECF

Re: *United States v. David Neustein et al.*, Case No. 06-cr-1179 (RJH)

Dear Judge Holwell:

Mr. Neustein requests permission to travel to Florida with his wife for a period of one week, to visit and care for his elderly grandparents and to obtain a brief rest.

If permitted by the court, Mr. Neustein would like to leave as soon as possible and stay for the duration of one week. 02/27/09-3/10/09 — Fla Trip.

Jacob Laufer, Esq., a New York attorney who will be seeking to substitute for me as counsel of record shortly, advised me that he spoke with Assistant U.S. Attorney Avi Weitzman, who advised that the Government consents to this request.

Thank you for Your Honor's consideration of this request.

Respectfully Submitted,

By: Kenneth J. Kukec
KENNETH J. KUKEC
Counsel for Defendant DAVID NEUSTEIN

kjk:dt
cc: AUSA Avi Weitzman
    Jacob Laufer, Esq.

Application Granted
SO ORDERED

USDJ
3/3/09