# JACOB LAUFER P.C.
## 65 BROADWAY
## SUITE 1005
## NEW YORK, NEW YORK 10006

JACOB LAUFER*

SHULAMIS PELTZ
AARON TWERSKY

* Also admitted in Washington, D.C.

TELEPHONE (212) 422-8500

FAX (212) 422-9038

January 12, 2011

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street, Room 1950
New York, New York 10007
via fax: (212) 805-7948


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/11

Re: *United States v. David Neustein, 06 Cr. 1179-15 (RJH)*

Dear Judge Holwell,

I write on behalf of my client, David Neutstein. Mr. Neustein is on supervised release. His brother-in-law (his wife's brother) has gotten engaged to a woman from Montreal. There is a family celebration in Montreal on January 30, 2011. His probation officer has advised that international travel must be approved by the Court.

I respectfully request the Court's permission for Mr. Neustein to travel to Montreal on Sunday, January 30, 2011. If permitted by the Court, he would attend the engagement celebration, and return to New York on Monday January 31, 2011. In this regard we request the Court to authorize the Probation Department to release his passport for this trip.

I have communicated this request to A.U.S.A. Avi Weitzman, who advised that the Government does not object to this request.

SO ORDERED
[signature]
USDJ 1/18/11

Very truly yours,

[signature]
JACOB LAUFER

cc: A.U.S.A. Avi Weitzman, via e-mail
U.S. Probation Officer Carolann Avallone-Riccardi, via fax (347) 534-3460